|                   |                     |
|-------------------|---------------------|
| The Honorable:    | A BENJAMIN GOLDGAR  |
| Chapter 7         |                     |
| Location:         | Room 613            |
| Hearing Date:     | 11/23/2009          |
| Hearing Time:     | 10:00 A.M.          |
| Response Date:    | / /                 |

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

In re:   HENDERSON, BRENDA ANNETTE   §   Case No. 05-32919
§
§
Debtor   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 11/23/2009 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2009     By:   /s/KAREN R. GOODMAN
                                  Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601-3713

**UST Form 101-7-NFR (9/1/2009)**