|                  |                        |
|---|---|
| The Honorable:   | A BENJAMIN GOLDGAR     |
| Chapter 7        |                        |
| Location:        | Room 613               |
| Hearing Date:    | 11/23/2009             |
| Hearing Time:    | 10:00 A.M.             |
| Response Date:   | / /                    |

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

In re:   HENDERSON, BRENDA ANNETTE   §   Case No. 05-32919
§
§
Debtor   §

## NOTICE OF TRUSTEE'S FINAL REPORT AND APPLICATIONS FOR COMPENSATION AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that <u>KAREN R. GOODMAN</u>, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:
219 South Dearborn Street
Chicago, Illinois 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:00 on 11/23/2009 in Courtroom 613, United States Courthouse, 219 South Dearborn Street, Chicago, Illinois.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 10/20/2009          By:    /s/KAREN R. GOODMAN
                                        Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, Illinois 60601-3713

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: corrinal              Page 1 of 1                  Date Rcvd: Oct 21, 2009
Case: 05-32919                Form ID: pdf006             Total Noticed: 31

The following entities were noticed by first class mail on Oct 23, 2009.
 db          +Brenda Annette Henderson,    7958 S Michigan Ave,    Chicago, IL 60619-3509
 aty         +Konstantine T. Sparagis,    Law Offices of Konstantine Sparagis P C,    8 S Michigan Ave  27th Fl,
               Chicago, IL 60603-3357
 tr          +Karen R Goodman, ESQ,    Shefsky & Froelich Ltd,    111 East Wacker Drive,    Suite 2800,
               Chicago, IL 60601-3713
9707848     ++ADVANTA,   WELSH AND MCKEAN RD,    P O BOX 844,    SPRING HOUSE PA 19477-0844
               (address filed with court: Advanta Business Cards,    PO Box 8088,    Philadelphia, PA 19101)
9707849      +American Express,    P.O. Box 360002,    Ft Lauderdale, FL 33336-0002
9707850      +American Express Bank, FSB,    c/o Becket and Lee, LLP,    P O Box 3001,    Malvern, PA 19355-0701
9707851      +American Recovery Systems, Inc.,    1699 Wall St. Ste. 300,    Mount Prospect, IL 60056-5778
9707852       Bank of America,    P.O. Box 5270,    Carol Stream, IL 60197-5270
9707853       Best Buy,    Retail Services,    PO Box 17298,    Baltimore, MD 21297-1298
9707854      +Blitt & Gaines PC,    318 W. Adams St., Suite 1600,    Chicago, IL 60606-5100
9707855       Capital One,    PO Box 60000,    Seattle, WA 98190-6000
9707857       Capital One Platinum,    PO Box 34631,    Seattle, WA 98124
9707858      +Citi Card,    PO Box 6416,    The Lakes, NV 88901-6416
9707859      +Citi Cards,    PO Box 6410,    The Lakes, NV 88901-6410
10706594     +Citibank (South Dakota), NA,    Citibank/Choice,    Exception Payment Processing,    POB 6305,
               The Lakes, NV 88901-6305
9707860       Direct Merchant's Bank,    PO Box 21550,    Tulsa, OK 74121-1550
9707861      +Emerge Mastercard,    PO Box 105341,    Atlanta, GA 30348-5341
9707862      +First National Bank of Omaha,    PO Box 2951,    Omaha, NE 68103-2951
9707863      +Fleet Credit Card,    PO Box 1168,    Newark, NJ 07101-1168
9707864      +MBNA America Bank NA,    POB 15168 MS 1423,    Wilmington, DE 19850-5168
9707866      +Nationwide Credit,    3600 E University Dr,    Ste B1350,    Phoenix, AZ 85034-7296
9707867      +Nationwide Credit, Inc,    P.O. Box 740640,    Atlanta, GA 30374-0640
10581013     +SALLIE MAE TRUST,    C/O Sallie Mae, Inc.,    220 Lasley Ave.,    Wilkes-Barre, PA 18706-1496
9707868       Sallie Mae,    PO Box 4600,    Wilkes-Barre, PA 18773-4600
9707870     ++TOYOTA MOTOR CREDIT CORPORATION,    PO BOX 8026,    CEDAR RAPIDS IA 52408-8026
               (address filed with court: Toyota Financial Services,    PO Box 5855,    Carol Stream, IL 60197)
9707869       Target,    Retailers National Bank,    PO Box 59217,    Minneapolis, MN 55459
10583591     +Target National Bank (f.k.a. Retailers National Ba,    TARGET VISA,    c/o Weinstein & Riley, P.S.,
               2101 Fourth Ave., Suite 900,    Seattle, WA 98121-2339
The following entities were noticed by electronic transmission on Oct 21, 2009.
12407666     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2009 05:02:17     Capital Recovery One,
               25 SE 2nd Avenue, Suite 1120,    Miami, FL 33131-1605
9707865      +E-mail/PDF: gecsedi@recoverycorp.com Oct 22 2009 05:02:16     MCCBG/JC Penney,    PO Box 960001,
               Orlando, FL 32896-0001
12407667      E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2009 05:02:17
               Recovery Management Systems Corporation,    25 S.E. 2nd Avenue, Suite 1120,
               Miami, FL 33131-1605
10633695     +E-mail/PDF: rmscedi@recoverycorp.com Oct 22 2009 05:02:17
               Recovery Management Systems Corporation,    For GE Money Bank,    dba JCPenney,
               25 S.E. 2nd Avenue, Suite 1120,    Miami, Fl 33131-1605
                                                                                              TOTAL: 4

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
10620769*     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
10621035*     American Express Bank FSB,    c/o Becket and Lee LLP,    POB 3001,    Malvern PA 19355-0701
9707856*      Capital One,    PO Box 60000,    Seattle, WA 98190-6000
                                                                                              TOTALS: 0, * 3

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 23, 2009**          **Signature:** *Joseph Speetjens*