# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | | |
|---|---|---|
| In re: HENDERSON, BRENDA ANNETTE | § | Case No. 05-32919 |
| | § | |
| | § | |
| Debtor(s) | § | |

## AMENDED TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. The debtor filed a petition under Chapter 7 of the United States Bankruptcy Code on August 19, 2005. The undersigned trustee was appointed on August 19, 2005.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A.**

4. The trustee realized the gross receipts of          $          18,499.06

   Funds were disbursed in the following amounts:

   | | |
   |---|---:|
   | Administrative expenses | 2,652.97 |
   | Payments to creditors | 3,494.03 |
   | Non-estate funds paid to 3rd Parties | 0.00 |
   | Payments to the debtor | 0.00 |
   | Leaving a balance on hand of [1]          $ | 12,352.06 |

The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (9/1/2009)**

6.  The deadline for filing claims in this case was 04/24/2006.  All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C** .

7. The Trustee's proposed distribution is attached as **Exhibit D** .

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $2,599.91.  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $2,599.91 as interim compensation and now requests the sum of $0.00, for a total compensation of $2,599.91.  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of  $0.00 and now requests reimbursement for expenses of $0.00, for total expenses of $0.00.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 01/13/2010           By:/s/KAREN R. GOODMAN
                                        Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TFR (9/1/2009)**

Exhibit A

# Form 1

Page: 1

## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-32919

Case Name: HENDERSON, BRENDA ANNETTE

Period Ending: 01/13/10

Trustee:    (520191)    KAREN R. GOODMAN

Filed (f) or Converted (c): 08/19/05 (f)

§341(a) Meeting Date: 09/21/05

Claims Bar Date: 04/24/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 50.00 | 50.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS--CHECKING @ BANK ONE<br>    Net proceeds from pre-petition sale of Debtor's 1/2<br>interest in house to husband. | 17,525.00 | 17,525.00 | | 17,331.85 | FA |
| 3 | BANK ACCOUNTS--CHARTER ONE CHKING ACCT. | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNT--CHARTER ONE CKING ACCT | 900.00 | 150.00 | | 150.00 | FA |
| 5 | BANK ACCOUNT--CHARTER ONE CKING ACCT<br>    Owned jointly w/husband | 400.00 | 200.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS<br>    Debtor owns furniture jointly with her husband. | 1,960.80 | 1,880.80 | | 737.50 | FA |
| 7 | BOOKS AND ART OBJECTS | 150.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 9 | COSTUME JEWELRY AND WEDDING RING | 600.00 | 130.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES--'02 TOYOTA SIENNA | 14,095.00 | 0.00 | | 0.00 | FA |
| 12 | OFFICE EQUIPMENT, FURNISHINGS, AND<br>SUPPLIES | 1,000.00 | 250.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 279.71 | FA |
| 13 | **Assets**    Totals (Excluding unknown values) | **$37,930.80** | **$20,185.80** | | **$18,499.06** | **$0.00** |

Major Activities Affecting Case Closing:

    REVIEW CLAIMS; FILE TFR.

Initial Projected Date Of Final Report (TFR):    March 31, 2007        Current Projected Date Of Final Report (TFR):    October 26, 2009 (Actual)

Exhibit B

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

| Case Number: | 05-32919 | | Trustee: | KAREN R. GOODMAN (520191) |
| Case Name: | HENDERSON, BRENDA ANNETTE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | 13-7502682 | | Blanket Bond: | $61,494,000.00  (per case limit) |
| Period Ending: | 01/13/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br><br>Paid To / Received From | 4<br><br>Description of Transaction | <br><br>T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/06 | {2} | CHASE/Brenda Henderson | Turnover of Bank Account/Proceeds of<br>Debtor's Interest in Sale of House | 1110-000 | 16,238.85 | | 16,238.85 |
| 03/07/06 | | Chase/Brenda Henderson | Turnover of non-exempt bank accounts and<br>furniture | | 887.50 | | 17,126.35 |
| | {4} | | Turnover of Debtor's            150.00<br>Interest in Bank Account | 1129-000 | | | 17,126.35 |
| | {6} | | Turnover of value of            737.50<br>Debtor's interest in<br>household furnishings | 1129-000 | | | 17,126.35 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.18 | | 17,134.53 |
| 04/19/06 | {2} | CHARTER ONE | TURNOVER OF FUNDS IN BANK ACCOUNT<br>FROM SALE OF RESIDENCE | 1110-000 | 1,093.00 | | 18,227.53 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.09 | | 18,238.62 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.40 | | 18,251.02 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.00 | | 18,263.02 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.41 | | 18,275.43 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.42 | | 18,287.85 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.62 | | 18,299.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.83 | | 18,312.30 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.03 | | 18,324.33 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.64 | | 18,335.97 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.22 | | 18,348.19 |
| 02/06/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER<br>BALANCE AS OF 02/06/2007 FOR CASE<br>#05-32919 | 2300-000 | | 18.67 | 18,329.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.14 | | 18,338.66 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.79 | | 18,348.45 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.12 | | 18,358.57 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.13 | | 18,368.70 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.48 | | 18,378.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.46 | | 18,388.64 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.14 | | 18,398.78 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.16 | | 18,407.94 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.81 | | 18,418.75 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.58 | | 18,428.33 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.38 | | 18,437.71 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 8.43 | | 18,446.14 |
| 02/05/08 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 19.52 | 18,426.62 |

Subtotals :    $18,464.81    $38.19

{} Asset reference(s)

Exhibit B

# Form 2

Page: 2

## Cash Receipts And Disbursements Record

| | |
|---|---|
| Case Number: 05-32919 | |
| Case Name: HENDERSON, BRENDA ANNETTE | |
| | |
| Taxpayer ID #: 13-7502682 | |
| Period Ending: 01/13/10 | |

| | |
|---|---|
| Trustee: KAREN R. GOODMAN (520191) | |
| Bank Name: JPMORGAN CHASE BANK, N.A. | |
| Account: ***-*****36-65 - Money Market Account | |
| Blanket Bond: $61,494,000.00  (per case limit) | |
| Separate Bond: N/A | |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Money Market Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/05/2008 FOR CASE #05-32919, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | | | | |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.78 | | 18,430.40 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.42 | | 18,433.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.57 | | 18,436.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.30 | | 18,438.69 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.34 | | 18,441.03 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.34 | | 18,443.37 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.19 | | 18,445.56 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.42 | | 18,447.98 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.01 | | 18,449.99 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.45 | | 18,451.44 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 18,452.74 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,453.49 |
| 02/06/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #05-32919, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 14.87 | 18,438.62 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,439.32 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,440.12 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,440.87 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,441.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,442.39 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,443.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,443.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,444.68 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,445.43 |
| 11/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.57 | | 18,446.00 |
| 11/23/09 | | To Account #*******3666 | FUNDS TRANSFER | 9999-000 | | 18,446.00 | 0.00 |

| | | |
|---|---|---|
| ACCOUNT TOTALS | 18,499.06 | 18,499.06 | $0.00 |
| Less: Bank Transfers | 0.00 | 18,446.00 | |
| Subtotal | 18,499.06 | 53.06 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $18,499.06 | $53.06 | |

Exhibit B

# Form 2

Page: 3

## Cash Receipts And Disbursements Record

Case Number: 05-32919
Case Name: HENDERSON, BRENDA ANNETTE

Taxpayer ID #: 13-7502682
Period Ending: 01/13/10

Trustee: KAREN R. GOODMAN (520191)
Bank Name: JPMORGAN CHASE BANK, N.A.
Account: ***-*****36-66 - Checking Account
Blanket Bond: $61,494,000.00  (per case limit)
Separate Bond: N/A

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/09 | | From Account #*******3665 | FUNDS TRANSFER | 9999-000 | 18,446.00 | | 18,446.00 |
| 11/23/09 | 101 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/23/09 | 2100-000 | | 2,599.91 | 15,846.09 |
| 11/23/09 | 102 | SALLIE MAE TRUST | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 12,352.06 | 3,494.03 |
| 11/23/09 | 103 | Target National Bank (f.k.a. Retailers National Ba | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 | 7100-000 | | 362.45 | 3,131.58 |
| 11/23/09 | 104 | American Express Bank FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 | 7100-000 | | 439.99 | 2,691.59 |
| 11/23/09 | 105 | American Express Bank FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 362.90 | 2,328.69 |
| 11/23/09 | 106 | MBNA America Bank NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 | 7100-000 | | 1,198.95 | 1,129.74 |
| 11/23/09 | 107 | Capital Recovery One | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 | 7100-000 | | 90.07 | 1,039.67 |
| 11/23/09 | 108 | Citibank (South Dakota), NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 | 7100-000 | | 822.51 | 217.16 |
| 11/23/09 | 109 | Citibank (South Dakota), NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 | 7100-000 | | 217.16 | 0.00 |
| 12/31/09 | | Sallie Mae | Return of distribution because borrower payments were received after the consolidation payment. | 7100-000 | | -12,352.06 | 12,352.06 |

| | Receipts | Disbursements | Balance |
|---|---|---|---|
| ACCOUNT TOTALS | 18,446.00 | 6,093.94 | $12,352.06 |
| Less: Bank Transfers | 18,446.00 | 0.00 | |
| Subtotal | 0.00 | 6,093.94 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $6,093.94 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****36-65 | 18,499.06 | 53.06 | 0.00 |
| Checking # ***-*****36-66 | 0.00 | 6,093.94 | 12,352.06 |
| | $18,499.06 | $6,147.00 | $12,352.06 |

{} Asset reference(s)

Printed: 01/13/2010 11:13 AM   V.11.54

## TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 05-32919
Case Name: HENDERSON, BRENDA ANNETTE
Trustee Name: KAREN R. GOODMAN

Claims of secured creditors will be paid as follows:

| *Claimant* | *Proposed Payment* |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|
| *Trustee* | $_____ | $_____ |
| *Attorney for trustee* | $_____ | $_____ |
| *Appraiser* | $_____ | $_____ |
| *Auctioneer* | $_____ | $_____ |
| *Accountant* | $_____ | $_____ |
| *Special Attorney for trustee* | $_____ | $_____ |
| *Charges,* U.S. Bankruptcy Court | $_____ | $_____ |
| *Fees,* United States Trustee | $_____ | $_____ |
| *Other* | $_____ | $_____ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| *Reason/Applicant* | *Fees* | *Expenses* |
|---|---|---|

**UST Form 101-7-TFR (9/1/2009)**

| | | | |
|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| | N/A | | |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 75,692.57 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 20.9 percent.

Timely allowed general (unsecured) claims are as follows:

| *Claim Number* | *Claimant* | *Allowed Amt. of Claim* | *Proposed Payment* |
|---|---|---|---|
| 2 | Target National Bank (f.k.a. Retailers National Ba | $ 7,851.89 | $ 1,281.33 |
| 3 | American Express Bank FSB | $ 9,531.72 | $ 1,555.46 |
| 4 | American Express Bank FSB | $ 7,861.69 | $ 1,282.93 |
| 5 | MBNA America Bank NA | $ 25,973.35 | $ 4,238.52 |
| 6 | Capital Recovery One | $ 1,951.17 | $ 318.40 |
| 7 | Citibank (South Dakota), NA | $ 17,818.36 | $ 2,907.73 |
| 8 | Citibank (South Dakota), NA | $ 4,704.39 | $ 767.69 |

**UST Form 101-7-TFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $ 0.00.

**UST Form 101-7-TFR (9/1/2009)**