**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: HENDERSON, BRENDA ANNETTE | § | Case No. 05-32919 |
| | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $0.00 | Assets Exempt: $4,850.00 |
| Total Distribution to Claimants: $15,846.09 | Claims Discharged Without Payment: $126,839.48 |
| Total Expenses of Administration: $2,652.97 | |

3) Total gross receipts of $ 18,499.06 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $18,499.06 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $13,101.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 2,652.97 | 2,652.97 | 2,652.97 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from**Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from**Exhibit 7**) | 370,800.00 | 75,692.57 | 75,692.57 | 15,846.09 |
| **TOTAL DISBURSEMENTS** | $383,901.00 | $78,345.54 | $78,345.54 | $18,499.06 |

4) This case was originally filed under Chapter 7 on August 19, 2005.
. The case was pending for 53 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 02/02/2010          By: /s/KAREN R. GOODMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 –GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| BANK ACCOUNTS--CHECKING @ BANK ONE | 1110-000 | 17,331.85 |
| BANK ACCOUNT--CHARTER ONE CKING ACCT | 1129-000 | 150.00 |
| HOUSEHOLD GOODS AND FURNISHINGS | 1129-000 | 737.50 |
| Interest Income | 1270-000 | 279.71 |
| **TOTAL GROSS RECEIPTS** | | **$18,499.06** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 –FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

## EXHIBIT 3 –SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | | | | |

UST Form 101-7-TDR (9/1/2009)

## EXHIBIT 3 —SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Toyota Financial Services | 4110-000 | 13,101.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $13,101.00 | $0.00 | $0.00 | $0.00 |

## EXHIBIT 4 —CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-000 | N/A | 2,599.91 | 2,599.91 | 2,599.91 |
| INTERNATIONAL SURETIES, LTD. | 2300-000 | N/A | 18.67 | 18.67 | 18.67 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 19.52 | 19.52 | 19.52 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 14.87 | 14.87 | 14.87 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 2,652.97 | 2,652.97 | 2,652.97 |

## EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

## EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| N/A | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | 0.00 | 0.00 | 0.00 | 0.00 |

## EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| SALLIE MAE TRUST | 7100-000 | 249,007.00 | N/A | N/A | 0.00 |
| Target National Bank (f.k.a. Retailers National Ba | 7100-000 | 6,900.00 | 7,851.89 | 7,851.89 | 1,643.78 |
| American Express Bank FSB | 7100-000 | 18,000.00 | 9,531.72 | 9,531.72 | 1,995.45 |
| American Express Bank FSB | 7100-000 | N/A | 7,861.69 | 7,861.69 | 1,645.83 |
| MBNA America Bank NA | 7100-000 | 26,000.00 | 25,973.35 | 25,973.35 | 5,437.47 |
| Capital Recovery One | 7100-000 | 3,900.00 | 1,951.17 | 1,951.17 | 408.47 |
| Citibank (South Dakota), NA | 7100-000 | N/A | 17,818.36 | 17,818.36 | 3,730.24 |
| Citibank (South Dakota), NA | 7100-000 | N/A | 4,704.39 | 4,704.39 | 984.85 |
| Citi Card | 7100-000 | 3,800.00 | N/A | N/A | 0.00 |
| Citi Cards | 7100-000 | 14,250.00 | N/A | N/A | 0.00 |
| Direct Merchant's Bank | 7100-000 | 8,125.00 | N/A | N/A | 0.00 |
| Capital One | 7100-000 | 6,650.00 | N/A | N/A | 0.00 |
| Emerge Mastercard | 7100-000 | 11,417.00 | N/A | N/A | 0.00 |
| Nationwide Credit | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Nationwide Credit, Inc | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Fleet Credit Card | 7100-000 | 1.00 | N/A | N/A | 0.00 |
| MCCBG/JC Penney | 7100-000 | 2,000.00 | N/A | N/A | 0.00 |
| Blitt & Gaines PC | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| First National Bank of Omaha | 7100-000 | 0.00 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Bank of America | 7100-000 | 3,900.00 | N/A | N/A | 0.00 |
| American Recovery Systems, Inc. | 7100-000 | 0.00 | N/A | N/A | 0.00 |
| Advanta Business Cards | 7100-000 | 16,100.00 | N/A | N/A | 0.00 |
| Best Buy Retail Services | 7100-000 | 750.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | 370,800.00 | 75,692.57 | 75,692.57 | 15,846.09 |

**UST Form 101-7-TDR (9/1/2009)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Case Number: 05-32919  
Case Name: HENDERSON, BRENDA ANNETTE  

Period Ending: 02/02/10

Trustee: (520191) KAREN R. GOODMAN  
Filed (f) or Converted (c): 08/19/05 (f)  
§341(a) Meeting Date: 09/21/05  
Claims Bar Date: 04/24/06

| Ref. # | 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property) | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|---|
| 1 | CASH ON HAND | 50.00 | 50.00 | | 0.00 | FA |
| 2 | BANK ACCOUNTS--CHECKING @ BANK ONE<br>Net proceeds from pre-petition sale of Debtor's 1/2 interest in house to husband. | 17,525.00 | 17,525.00 | | 17,331.85 | FA |
| 3 | BANK ACCOUNTS--CHARTER ONE CHKING ACCT. | 500.00 | 0.00 | | 0.00 | FA |
| 4 | BANK ACCOUNT--CHARTER ONE CKING ACCT | 900.00 | 150.00 | | 150.00 | FA |
| 5 | BANK ACCOUNT--CHARTER ONE CKING ACCT<br>Owned jointly w/husband | 400.00 | 200.00 | | 0.00 | FA |
| 6 | HOUSEHOLD GOODS AND FURNISHINGS<br>Debtor owns furniture jointly with her husband. | 1,960.80 | 1,880.80 | | 737.50 | FA |
| 7 | BOOKS AND ART OBJECTS | 150.00 | 0.00 | | 0.00 | FA |
| 8 | WEARING APPAREL | 750.00 | 0.00 | | 0.00 | FA |
| 9 | COSTUME JEWELRY AND WEDDING RING | 600.00 | 130.00 | | 0.00 | FA |
| 10 | INTERESTS IN INSURANCE POLICIES | 0.00 | 0.00 | | 0.00 | FA |
| 11 | AUTOMOBILES--'02 TOYOTA SIENNA | 14,095.00 | 0.00 | | 0.00 | FA |
| 12 | OFFICE EQUIPMENT, FURNISHINGS, AND SUPPLIES | 1,000.00 | 250.00 | | 0.00 | FA |
| Int | INTEREST (u) | Unknown | N/A | | 279.71 | FA |
| 13 | Assets    Totals (Excluding unknown values) | $37,930.80 | $20,185.80 | | $18,499.06 | $0.00 |

Major Activities Affecting Case Closing:

    File TDR.

Initial Projected Date Of Final Report (TFR): March 31, 2007   Current Projected Date Of Final Report (TFR): October 26, 2009 (Actual)

Printed: 02/02/2010 11:38 AM   V.11.54

## Form 2
### Cash Receipts And Disbursements Record

Page: 1

| Case Number: | 05-32919 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | HENDERSON, BRENDA ANNETTE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | 13-7502682 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/02/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 03/03/06 | {2} | CHASE/Brenda Henderson | Turnover of Bank Account/Proceeds of Debtor's Interest in Sale of House | 1110-000 | 16,238.85 | | 16,238.85 |
| 03/07/06 | | Chase/Brenda Henderson | Turnover of non-exempt bank accounts and furniture | | 887.50 | | 17,126.35 |
| | {4} | | Turnover of Debtor's Interest in Bank Account   150.00 | 1129-000 | | | 17,126.35 |
| | {6} | | Turnover of value of Debtor's interest in household furnishings   737.50 | 1129-000 | | | 17,126.35 |
| 03/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.7000% | 1270-000 | 8.18 | | 17,134.53 |
| 04/19/06 | {2} | CHARTER ONE | TURNOVER OF FUNDS IN BANK ACCOUNT FROM SALE OF RESIDENCE | 1110-000 | 1,093.00 | | 18,227.53 |
| 04/28/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.09 | | 18,238.62 |
| 05/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.40 | | 18,251.02 |
| 06/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.00 | | 18,263.02 |
| 07/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.41 | | 18,275.43 |
| 08/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.42 | | 18,287.85 |
| 09/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.62 | | 18,299.47 |
| 10/31/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.83 | | 18,312.30 |
| 11/30/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 12.03 | | 18,324.33 |
| 12/29/06 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.8000% | 1270-000 | 11.64 | | 18,335.97 |
| 01/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 12.22 | | 18,348.19 |
| 02/06/07 | 1001 | INTERNATIONAL SURETIES, LTD. | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 02/06/2007 FOR CASE #05-32919 | 2300-000 | | 18.67 | 18,329.52 |
| 02/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.14 | | 18,338.66 |
| 03/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.79 | | 18,348.45 |
| 04/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.12 | | 18,358.57 |
| 05/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.13 | | 18,368.70 |
| 06/29/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.48 | | 18,378.18 |
| 07/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.46 | | 18,388.64 |
| 08/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.14 | | 18,398.78 |
| 09/28/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 9.16 | | 18,407.94 |
| 10/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6500% | 1270-000 | 10.81 | | 18,418.75 |
| 11/30/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.58 | | 18,428.33 |
| 12/31/07 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.6000% | 1270-000 | 9.38 | | 18,437.71 |
| 01/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.3000% | 1270-000 | 8.43 | | 18,446.14 |
| 02/05/08 | 1002 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER | 2300-000 | | 19.52 | 18,426.62 |

Subtotals :   $18,464.81   $38.19

{} Asset reference(s)                                                                                                      Printed: 02/02/2010 11:38 AM   V.11.54

# Form 2

## Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 05-32919 | | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|---|
| Case Name: | HENDERSON, BRENDA ANNETTE | | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | | Account: | ***-*****36-65 - Money Market Account |
| Taxpayer ID #: | 13-7502682 | | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/02/10 | | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| | | | BALANCE AS OF 02/05/2008 FOR CASE #05-32919, CHAPTER 7 BLANKET BOND INLLINOIS - CHICAGO - NORTHERN DISTRICT | | | | |
| 02/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.2500% | 1270-000 | 3.78 | | 18,430.40 |
| 03/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 3.42 | | 18,433.82 |
| 04/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1700% | 1270-000 | 2.57 | | 18,436.39 |
| 05/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.30 | | 18,438.69 |
| 06/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.34 | | 18,441.03 |
| 07/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.34 | | 18,443.37 |
| 08/29/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.19 | | 18,445.56 |
| 09/30/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1500% | 1270-000 | 2.42 | | 18,447.98 |
| 10/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1200% | 1270-000 | 2.01 | | 18,449.99 |
| 11/28/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.1000% | 1270-000 | 1.45 | | 18,451.44 |
| 12/31/08 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 1.30 | | 18,452.74 |
| 01/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,453.49 |
| 02/06/09 | 1003 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON BANK BALANCE AS OF 02/06/2009 FOR CASE #05-32919, CHAPTER 7 BLANKET BOND ILLINOIS-CHICAGO-NORTHERN DISTRICT | 2300-000 | | 14.87 | 18,438.62 |
| 02/27/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.70 | | 18,439.32 |
| 03/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,440.12 |
| 04/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,440.87 |
| 05/29/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.72 | | 18,441.59 |
| 06/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.80 | | 18,442.39 |
| 07/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,443.16 |
| 08/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.77 | | 18,443.93 |
| 09/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,444.68 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at 0.0500% | 1270-000 | 0.75 | | 18,445.43 |
| 11/23/09 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is 0.0050% | 1270-000 | 0.57 | | 18,446.00 |
| 11/23/09 | | To Account #*********3666 | FUNDS TRANSFER | 9999-000 | | 18,446.00 | 0.00 |

|  | | | |
|---|---|---|---|
| ACCOUNT TOTALS | | 18,499.06 | 18,499.06 | $0.00 |
| Less: Bank Transfers | | 0.00 | 18,446.00 | |
| Subtotal | | 18,499.06 | 53.06 | |
| Less: Payments to Debtors | | | 0.00 | |
| NET Receipts / Disbursements | | $18,499.06 | $53.06 | |

{} Asset reference(s)                                                                                       Printed: 02/02/2010 11:38 AM    V.11.54

Exhibit 9

# Form 2
## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 05-32919 | Trustee: | KAREN R. GOODMAN (520191) |
|---|---|---|---|
| Case Name: | HENDERSON, BRENDA ANNETTE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*36-66 - Checking Account |
| Taxpayer ID #: | 13-7502682 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/02/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 11/23/09 | | From Account #\*\*\*\*\*\*\*\*3665 | FUNDS TRANSFER | 9999-000 | 18,446.00 | | 18,446.00 |
| 11/23/09 | 101 | KAREN R. GOODMAN | TRUSTEE COMPENSATION PER COURT ORDER DATED 11/23/09 | 2100-000 | | 2,599.91 | 15,846.09 |
| 11/23/09 | 102 | SALLIE MAE TRUST | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 1 | 7100-000 | | 12,352.06 | 3,494.03 |
| 11/23/09 | 103 | Target National Bank (f.k.a. Retailers National Ba | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 2 | 7100-000 | | 362.45 | 3,131.58 |
| 11/23/09 | 104 | American Express Bank FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 3 | 7100-000 | | 439.99 | 2,691.59 |
| 11/23/09 | 105 | American Express Bank FSB | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 4 | 7100-000 | | 362.90 | 2,328.69 |
| 11/23/09 | 106 | MBNA America Bank NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 5 | 7100-000 | | 1,198.95 | 1,129.74 |
| 11/23/09 | 107 | Capital Recovery One | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 6 | 7100-000 | | 90.07 | 1,039.67 |
| 11/23/09 | 108 | Citibank (South Dakota), NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 7 | 7100-000 | | 822.51 | 217.16 |
| 11/23/09 | 109 | Citibank (South Dakota), NA | FIRST AND FINAL DIVIDEND FOR CLAIM NO. 8 | 7100-000 | | 217.16 | 0.00 |
| 12/31/09 | | Sallie Mae | Return of distribution because borrower payments were received after the consolidation payment. | 7100-000 | | -12,352.06 | 12,352.06 |
| 01/14/10 | 110 | Target National Bank (f.k.a. Retailers National Ba | Second and Final Distribution | 7100-000 | | 1,281.33 | 11,070.73 |
| 01/14/10 | 111 | American Express Bank FSB | Second and Final Distribution | 7100-000 | | 1,555.46 | 9,515.27 |
| 01/14/10 | 112 | American Express Bank FSB | Second and Final Distribution | 7100-000 | | 1,282.93 | 8,232.34 |
| 01/14/10 | 113 | MBNA America Bank NA | Second and Final Distribution | 7100-000 | | 4,238.52 | 3,993.82 |
| 01/14/10 | 114 | Capital Recovery One | Second and Final Distribution | 7100-000 | | 318.40 | 3,675.42 |
| 01/14/10 | 115 | Citibank (South Dakota), NA | Second and Final Distribution | 7100-000 | | 2,907.73 | 767.69 |
| 01/14/10 | 116 | Citibank (South Dakota), NA | Second and Final Distribution | 7100-000 | | 767.69 | 0.00 |
| | | | ACCOUNT TOTALS | | 18,446.00 | 18,446.00 | $0.00 |
| | | | Less: Bank Transfers | | 18,446.00 | 0.00 | |
| | | | Subtotal | | 0.00 | 18,446.00 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | NET Receipts / Disbursements | | $0.00 | $18,446.00 | |

{} Asset reference(s)

Printed: 02/02/2010 11:38 AM   V.11.54

Exhibit 9

# Form 2

Page: 4

## Cash Receipts And Disbursements Record

| Case Number: | 05-32919 | Trustee: | KAREN R. GOODMAN (520191) |
| --- | --- | --- | --- |
| Case Name: | HENDERSON, BRENDA ANNETTE | Bank Name: | JPMORGAN CHASE BANK, N.A. |
| | | Account: | \*\*\*-\*\*\*\*\*36-66 - Checking Account |
| Taxpayer ID #: | 13-7502682 | Blanket Bond: | $61,494,000.00 (per case limit) |
| Period Ending: | 02/02/10 | Separate Bond: | N/A |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
| --- | --- | --- | --- | --- | --- | --- | --- |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
| --- | --- | --- | --- |
| MMA # \*\*\*-\*\*\*\*\*36-65 | 18,499.06 | 53.06 | 0.00 |
| Checking # \*\*\*-\*\*\*\*\*36-66 | 0.00 | 18,446.00 | 0.00 |
| | $18,499.06 | $18,499.06 | $0.00 |

{} Asset reference(s)  Printed: 02/02/2010 11:38 AM  V.11.54